1  RUTAN & TUCKER, LLP
   Michael Adams (SBN 185835)
2  madams@rutan.com
   Meredith L. Williams (SBN 292888)
3  mwilliams@rutan.com
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
5  Facsimile:    714-546-9035

6  Attorneys for Plaintiff
   E4HATS.COM INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  E4HATS.COM INC., a California        Case No. 8:19-cv-00864-AG (DFMx)
    corporation,
12                                        **NOTICE OF SETTLEMENT AND**
                   Plaintiff,             **STIPULATED REQUEST FOR**
13                                        **DISMISSAL WITH PREJUDICE**
         vs.
14
    GRAVITY TRADING, INC., a
15  California corporation; and DOES 1    **Sched. Conf:**      **Sept. 9, 2019**
    through 10, inclusive,                                      **9:00 a.m.**
16                                                              **Ctrm. 10D**
                   Defendants.
17                                        **Trial Date:**        **Not Set**

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

2835/033984-0005
14081563.1 a09/17/19

NOTICE OF SETTLEMENT AND
STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE

1    TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

2        Further to the prior "Notice of Settlement and Stipulated Request to Continue

3    Scheduling Conference" filed by Plaintiff e4Hats.com Inc. ("Plaintiff") and

4    Defendant Gravity Trading, Inc. ("Defendant") (collectively, the "Parties"), the

5    Parties hereby notify the Court that they have now finalized and executed a written

6    settlement agreement.

7        Pursuant to the Parties' settlement agreement and Federal Rule of Civil

8    Procedure 41(a)(1)(A)(ii), the Parties further hereby stipulate and request that:

9        (1) the Court dismiss all of the claims, counterclaims and defenses asserted in

10   this action with prejudice, all Parties to bear their own costs and fees; and

11       (2) the Court retain jurisdiction subsequent to this dismissal for the purpose of

12   enforcing the Parties' settlement agreement.

13

14       **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD,**

15

16

17   Dated:  September 26, 2019          RUTAN & TUCKER, LLP

18                                       By: _____*/s/ Michael Adams*_____

19                                           Michael Adams
                                             Attorneys for Plaintiff
20                                           e4Hats.com Inc.

21

22   Dated:  September 26, 2019          LEWIS ROCA ROTHGERBER

23                                       CHRISTIE LLP

24                                       By: _____*/s/ G. Warren Bleeker*_____

25                                           G. Warren Bleeker
                                             Attorneys for Defendant
26                                           Gravity Trading, Inc.

27

28

Rutan & Tucker, LLP
attorneys at law

2835/033984-0005
14081563.1 a09/17/19                    -1-              NOTICE OF SETTLEMENT AND
                                                         STIPULATED REQUEST FOR DISMISSAL
                                                         WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **L.R. 5-4.3.4 Attestation**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 17, 2019                    By: */s/ Michael D. Ad*ams

                                                                   Michael D. Adams

**Rutan & Tucker, LLP**
*attorneys at law*

2835/033984-0005
14081563.1 a09/17/19

-2-

NOTICE OF SETTLEMENT AND
STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE