UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E4HATS.COM INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GRAVITY TRADING, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:19-cv-00864-AG (DFMx)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Notice of Settlement and Stipulated Request for Dismissal With Prejudice filed by Plaintiff e4Hats.com Inc. ("Plaintiff") and Defendant Gravity Trading, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to the Parties' settlement agreement and stipulation, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims and defenses asserted in this action are hereby dismissed with prejudice.

2. All Parties are to bear their own costs and fees.

3. The Court shall retain jurisdiction over this matter subsequent to the dismissal of the action for the purpose of enforcing the Parties' settlement agreement.

IT IS SO ORDERED.

Dated: September 27, 2019

_____
Hon. Andrew J. Guilford
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

2835/033984-0005
14221222.1 a09/26/19

-1-

[PROPOSED] ORDER GRANTING
STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE